AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Bradley Johnson, as a general guardian for and on behalf of S.J., a minor, and individually )<br>*Plaintiff* )<br>v. )<br>Naman Management, LLC, Montague Realco, LLC and Hyatt Hotels Corporation, all doing business as Hyatt Place Airport/Convention Center )<br>*Defendants* | Civil Action No.   2:15-cv-03175-DCN |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Plaintiff having filed Notice of Acceptance of Defendants' Offer of Judgment pursuant to Rule 68 of the *Federal Rules of Civil Procedure*, the Offer, Notice of Acceptance and Proof of Service having been filed herein, the Clerk now enters judgment in accordance with Rule 68(a), and pursuant to the Offer and Acceptance.

This action was *(check one)*:

❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

Date:   April 10, 2017

CLERK OF COURT

s/John P. Bryan, Jr.

*Signature of Clerk or Deputy Clerk*